UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| AREDIA® AND ZOMETA® PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | No. 3:06-MD-1760 |
| (MDL No. 1760) | ) | Judge Campbell/Brown |
| | ) | |
| This Document Relates to: | ) | |
| *Gee*, 3:06-CV-00378 | ) | |

## ORDER

Before the court is a second amended motion to substitute Liberty Gee as the plaintiff in this case. (MDL Doc. 7233; Related Case 76) Ms. Gee has filed a copy of Letters of Administration granted to her on December 9, 2013 by the District Court of Creek County in Oklahoma. (MDL Doc. 7233, Ex. A; Related Case 76) The motion to substitute (MDL Doc. 7233; Related Case 76) is **GRANTED**.

The Clerk is instructed to **TERMINATE** MDL Doc. 7180; Related Case 74 as MOOT.

It is so **ORDERED**.

**ENTERED** the 20th day of December, 2013.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge